OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701   $ 000.27⁵
02 1W
0001401603 NOV 18 2015

**11/18/2015**
**MUHAMMAD, HERBERT AMEEN**   **Tr. Ct. No. 28262C-86**      **WR-75,406-03**
The Court has dismissed without written order this subsequent application for a writ
of habeas corpus. TEX. CODE CRIM. PROC. Art. 11.07, Sec. 4(a)-(c).

Abel Acosta, Clerk

HERBERT AMEEN MUHAMMAD
ROOM #149
FT. WORTH TRANSITIONAL CENTER
600 N. HENDERSON                    ANK
FORT WORTH, TX 76107

KGJWS3B 76107